In the Matter of MAUREEN S. HOERGER et al., Appellants, v
THOMAS J. SPOTA III et al., Respondents.

Submitted August 21, 2013; decided August 21, 2013

Motion by District Attorneys Association of the State of New
York for leave to appear amicus curiae on the appeal herein
granted only to the extent that the proposed brief is accepted as
filed.